**Fill in this information to identify the case:**

Debtor 1: Jonathan S Westfall

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Ohio

Case number: 19-32656

## Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Community Loan Servicing, LLC

**Court claim no. (if known):** 2

**Last 4 digits of any number you use to identify the debtor's account:** 4 0 5 2

**Date of payment change:** 09/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $ 791.97
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 101.46    New escrow payment: $ 122.82

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  Jonathan S Westfall  
First Name  Middle Name  Last Name

Case number (if known) 19-32656

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /S/ LeAnn E. Covey  
Signature

Date 8/5/2021

Print: LeAnn E. Covey  
First Name  Middle Name  Last Name

Title Attorney

Company  Clunk, Hoose Co., LPA

Address  495 Wolf Ledges Pkwy  
Number  Street

Akron  OH  44311  
City  State  ZIP Code

Contact phone  330-436-0300

Email  bknotice@clunkhoose.com

**Community Loan Servicing**

P.O. Box 331409
Miami FL 33233-1409

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---:|
| HAZ INS | $370.20 |
| COUNTY TAX | $1,005.56 |
| Total | $1,375.76 |
| | $1,375.76 / 12 months = |
| Escrow Payment Calculation | $114.65 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**
ACCOUNT NUMBER:
ESCROW ANALYSIS DATE: 07/06/2021

Jonathan S Westfall
C/O Todd W Souve
Amourgis & Associates
Suite 106
3200 West Market St
Akron, OH 44333

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---:|
| Principal and Interest | $669.15 |
| Required Escrow Payment | $114.65 |
| Shortage/Surplus Spread | $8.17 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$791.97** |
| New Payment Effective Date: | 09/01/2021 |
| Current Payment Due Date: | 10/01/2020 |

This statement provides a detailed summary of activity related to your escrow account. Community Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 09/2021 through 08/2022 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|
| MONTH | | MIP/PMI | FLOOD | HAZ. INS. | WIND INS. | TAXES | TAX DESC. | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | | $1,145.92-$^1$ | $396.86$^2$ |
| SEP 21 | $114.65 | | | $30.85 | | | | $1,062.12- | $480.66 |
| OCT 21 | $114.65 | | | $30.85 | | | | $978.32- | $564.46 |
| NOV 21 | $114.65 | | | $30.85 | | | | $894.52- | $648.26 |
| DEC 21 | $114.65 | | | $30.85 | | | | $810.72- | $732.06 |
| JAN 22 | $114.65 | | | $30.85 | | | | $726.92- | $815.86 |
| FEB 22 | $114.65 | | | | | $502.78 | COUNTY TAX-1 | $1,115.05- | $427.73 |
| FEB 22 | | | | $30.85 | | | | $1,145.90- | $396.88 |
| MAR 22 | $114.65 | | | $30.85 | | | | $1,062.10- | $480.68 |
| APR 22 | $114.65 | | | $30.85 | | | | $978.30- | $564.48 |
| MAY 22 | $114.65 | | | $30.85 | | | | $894.50- | $648.28 |
| JUN 22 | $114.65 | | | | | $502.78 | COUNTY TAX-2 | $1,282.63- | $260.15 |
| JUN 22 | | | | $30.85 | | | | $1,313.48-* | $229.30 LP |
| JUL 22 | $114.65 | | | $30.85 | | | | $1,229.68- | $313.10 |
| AUG 22 | $114.65 | | | $30.85 | | | | $1,145.88- | $396.90 |
| Total | | | | $370.20 | | $1,005.56 | | | |

(1) Your current escrow balance is negative $2,169.43. To project the next year's tax and insurance payment we added $1,116.06 for payments not yet made and subtracted $92.55 for disbursement not yet made. This brings your projected starting balance to negative $1,145.92 (see breakdown on next page).

(LP) The lowest (LP) required escrow balance for the next 12 months is scheduled to be $229.30 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*) Your lowest (*) projected escrow balance for the next 12 months is scheduled to be negative $1,313.48. Your bankruptcy escrow claim amount of $1,346.59 will be added to your escrow balance. The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $196.19. This results in a shortage once all the payments not yet made for the tax and insurance portion are received. Your escrow shortage has been spread over a 24 month period.

(2) Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $396.86 to arrive at the lowest (LP) required escrow balance.

**This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.**

**IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.**

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

**Account Number:** ███████   **Name:** Jonathan S Westfall

This is a statement of actual activity in your escrow account from 09/2020 through 08/2021. Last year's projections are next to the actual activity.  Your mortgage payment for the past year was $770.61 of which $669.15 was for principal and interest and $101.46 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount.  An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected<br>• Monthly payment(s) were received earlier OR later than expected<br>• Previous overage was returned to escrow<br>• Previous deficiency/shortage not paid entirely | • Tax rate and/or assessed value changed<br>• Exemption status lost or changed<br>• Supplemental/Delinquent tax paid<br>• Tax bill paid earlier OR later than expected<br>• Tax installment not paid<br>• Tax refund received<br>• New tax escrow requirement paid | • Premium changed<br>• Coverage changed<br>• Additional premium paid<br>• Insurance bill paid earlier OR later than expected<br>• Premium was not paid<br>• Premium refund received<br>• New insurance escrow requirement paid<br>• Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $364.96 | $2,182.28- |
| SEP 20 | $101.46 | $105.66 * | $20.45 | $0.00 * | HAZARD INSUR | $445.97 | $2,076.62- |
| SEP 20 | | | | $20.83 * | HAZARD INS | $445.97 | $2,097.45- |
| OCT 20 | $101.46 | $105.66 * | $20.45 | $0.00 * | HAZARD INSUR | $526.98 | $1,991.79- |
| OCT 20 | | | | $20.16 * | HAZARD INS | $526.98 | $2,011.95- |
| NOV 20 | $101.46 | $105.66 * | $20.45 | $0.00 * | HAZARD INSUR | $607.99 | $2,011.95- |
| NOV 20 | | | | $20.83 * | HAZARD INS | $607.99 | $2,032.78- |
| DEC 20 | $101.46 | $211.32 * | $20.45 | $0.00 * | HAZARD INSUR | $689.00 | $1,821.46- |
| DEC 20 | | | | $20.16 * | HAZARD INS | $689.00 | $1,841.62- |
| JAN 21 | $101.46 | $105.66 * | $20.45 | $0.00 * | HAZARD INSUR | $770.01 | $1,735.96- |
| JAN 21 | | | | $20.83 * | HAZARD INS | $770.01 | $1,756.79- |
| FEB 21 | $101.46 | $316.98 * | $486.07 | $502.78 * | COUNTY TAX-1 | $385.40 | $1,942.59- |
| FEB 21 | | | $20.45 | $0.00 * | HAZARD INSUR | $364.95 | $1,942.59- |
| FEB 21 | | | | $20.83 * | HAZARD INS | $364.95 | $1,963.42- |
| MAR 21 | $101.46 | $0.00 * | $20.45 | $0.00 * | HAZARD INSUR | $445.96 | $1,963.42- |
| MAR 21 | | | | $28.37 * | HAZARD INS | $445.96 | $1,991.79- |
| APR 21 | $101.46 | $0.00 * | $20.45 | $0.00 * | HAZARD INSUR | $526.97 | $1,991.79- |
| APR 21 | | | | $31.44 * | HAZARD INS | $526.97 | $2,023.23- |
| MAY 21 | $101.46 | $316.98 * | $20.45 | $0.00 * | HAZARD INSUR | $607.98 | $1,706.25- |
| MAY 21 | | | | $30.42 * | HAZARD INS | $607.98 | $1,736.67- |
| JUN 21 | $101.46 | $101.46 | $486.07 | $502.78 * | COUNTY TAX-2 | $223.37 | $2,137.99- |
| JUN 21 | | | $20.45 | $0.00 * | HAZARD INSUR | $202.92 | $2,137.99- |
| JUN 21 | | | | $31.44 * | HAZARD INS | $202.92 | $2,169.43- L |
| JUL 21 | $101.46 | $1,014.60 *E | $20.45 | $30.85 *E | HAZARD INSUR | $283.93 | $1,185.68- |
| JUL 21 | | | | $30.85 *E | HAZARD INS | $283.93 | $1,216.53- |
| AUG 21 | $101.46 | $101.46 E | $20.45 | $30.85 *E | HAZARD INSUR | $364.94 | $1,145.92- |
| Total | $1,217.52 | $2,379.78 | $1,217.54 | $1,343.42 | | | |

\* = indicates a difference from a previous estimate either in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**
**Current Escrow Balance**          $2,169.43-
**Payments Not Yet Made**          $1,116.06
**Disbursements Not Yet Made**      $92.55
**Projected Escrow Balance**       $1,145.92-

At the time of your escrow account review, your expected lowest balance was $202.92 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was negative $2,169.43, as shown in the above "Account History".

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt. The investor may require that you assume the loan in order to complete the Modification process.

Community Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged.  If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property. If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number. Community Loan Servicing, LLC., NMLS no. 2469.

**Should you require additional information, please call Customer Service: 1-800-457-5105**
**Mon-Fri, 8:00 a.m. to 7:00 p.m., EST**
**www.communityloanservicing.com**

**The following mailing address must be used for all Error Notices & Information Requests: Community Loan Servicing, LLC, Customer Support, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served

(i) **electronically** on the date of filing through the court's ECF System on all ECF participants

registered in this case at the email address registered with the court and

(ii) by **ordinary U.S. Mail** on August 5, 2021 addressed to:


Jonathan S Westfall
113 Esther St.
Gettysburg, OH  45328


                                                **/S/ LeAnn E. Covey**
                                                LeAnn E. Covey, Esquire